UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
D. Joseph Kurtz, Individually and on         :
Behalf of All Others Similarly Situated,     :
                                             :
                    Plaintiff,               :
                                             :
          vs.                                :    No. 1:14-cv-01142-JBW-RML
                                             :
Kimberly-Clark Corporation and               :
Costco Wholesale Corporation                 :
                                             :
                    Defendants.              :
-----------------------------------------------------------------x

## NOTICE OF DEFENDANT KIMBERLY-CLARK CORPORATION'S MOTION TO DISMISS

PLEASE TAKE NOTICE that Defendant Kimberly-Clark Corporation, by its undersigned counsel, will move this Court before the Honorable Jack B. Weinstein, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, pursuant to the scheduling order issued on March 21, 2014, for an order dismissing Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b).

Dated: May 5, 2014          */s/ Eamon P. Joyce*
                            Eamon P. Joyce
                            SIDLEY AUSTIN LLP
                            787 Seventh Avenue
                            New York, New York  10019
                            Telephone:  (212) 839-5300
                            Facsimile:  (212) 839-5599

                            James W. Mizgala (*pro hac vice*)
                            Kara L. McCall (*pro hac vice*)
                            Daniel A. Spira (*pro hac vice*)
                            SIDLEY AUSTIN LLP
                            One South Dearborn Street
                            Chicago, Illinois 60603
                            Telephone: (312) 853-7000
                            Facsimile: (312) 853-7036
                            *Attorneys for Kimberly-Clark Corporation*