**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

August 15, 2014

Writer's Direct Contact
+1 (212) 468.8033
JBergin@mofo.com

By ECF

Magistrate Judge Robert M. Levy
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Kurtz v. Kimberly-Clark Corp., et al.*, No. 1:14-cv-1142-JBW-RML

Dear Magistrate Judge Levy:

We represent defendant Costco Wholesale Corporation in the above-referenced action. In accordance with Your Honor's Order dated July 18, 2014, and with the consent of all parties, I submit herewith a proposed "Stipulated Protective Order Regarding Confidentiality Of Discovery Materials," executed by counsel for all parties.

Respectfully submitted,

*James M. Bergin*

James M. Bergin

cc:   All Counsel (via ECF and e-mail)

ny-1154958