**Robbins Geller Rudman & Dowd LLP**

| Atlanta | Melville | San Diego |
| Boca Raton | New York | San Francisco |
| Chicago | Philadelphia | Washington, DC |

Mark S. Reich
mreich@rgrdlaw.com

October 20, 2014

VIA ECF

The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

    Re:    *Kurtz v. Kimberly-Clark Corp., et al.*,
           No. 1:14-cv-1142-JBW-RML

Dear Judge Weinstein:

    We represent the plaintiff in the above-captioned action and write to your Honor concerning the hearing scheduled for October 29, 2014.  As per the telephone conversation with all parties and your Chambers on October 15, 2014, we request that the hearing be adjourned.  Plaintiff is available on the following dates:

    November - 7, 12, 14, 19, or 21; and

    December - 3, 5, 10, 12, 17, 19, or 24.

    We have conferred with counsel for defendants about those dates.  Counsel for defendant Kimberly Clark Corporation consents to an adjournment until November 21, 2014.  Counsel for defendant Costco Wholesale Corporation has authorized us to state that they do not oppose an adjournment until that same date.

    Please note that, as a Sabbath observer, plaintiff will only be available up until 1 p.m. on Fridays; accordingly, plaintiff requests that, should the hearing be rescheduled for a Friday, it take place sometime in the morning.  Should you have any questions or would prefer another date, please contact us at 631-367-7100.  Thank you for your attention to this matter.

                Respectfully submitted,

                */s/ Mark S. Reich*

                Mark S. Reich

cc:    All Counsel (via ECF and e-mail)

