UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

D. JOSEPH KURTZ, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

   -against-

KIMBERLY-CLARK CORPORATION, *et al.*,

                Defendants.

----------------------------------------x

**ORDER**

14-CV-1142

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 18 2014 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN**, Senior United States District Judge:

    The motions to dismiss in the above captioned cases are denied.  An opinion will follow.

    The case is respectfully referred to the magistrate judge to expedite limited discovery.  Discovery with respect to class action certification shall proceed promptly.

    Defendants shall make returnable, within 60 days, motions to deny class action certification.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

November 17, 2014
Brooklyn, New York

