UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
D. Joseph Kurtz, Individually and on : 
Behalf of All Others Similarly Situated, :
 :
                       Plaintiff, :
 :
            vs. :   No. 1:14-cv-01142-JBW-RML
 :
Kimberly-Clark Corporation and :
Costco Wholesale Corporation, :
 :
                     Defendants. :
---------------------------------------------------------------x

## NOTICE OF DEFENDANT KIMBERLY-CLARK CORPORATION'S MOTION TO DENY CLASS CERTIFICATION

     PLEASE TAKE NOTICE that upon its Memorandum of Law in Support of Motion to Deny Class Certification, the accompanying Declaration of Eamon P. Joyce in support, all exhibits thereto, and all papers and pleadings previously filed in this action, Defendant Kimberly-Clark Corporation, by its undersigned counsel, will move this Court before the Honorable Jack B. Weinstein, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, and pursuant to the briefing schedule set forth in the Court's January 12, 2015 Minute Entry and Federal Rule of Civil Procedure 23, for an order denying class certification.

Dated:  February 27, 2015         /s/  Eamon P. Joyce
                                              Eamon P. Joyce
                                              ejoyce@sidley.com
                                              787 Seventh Avenue
                                              New York, New York  10019
                                              Telephone:  (212) 839-5300
                                              Facsimile:  (212) 839-5599


                                              James W. Mizgala (*pro hac vice*)
                                              jmizgala@sidley.com
                                              Kara L. McCall (*pro hac vice*)
                                              kmccall@sidley.com

Daniel A. Spira (*pro hac vice*)
dspira@sidley.com
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for Kimberly-Clark Corporation*