```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x

D. JOSEPH KURTZ, Individually and on
Behalf of All Others Similarly Situated,                ORDER

                        Plaintiff,                      14-CV-1142

        -against-

KIMBERLY-CLARK CORP. &
COSTCO WHOLESALE CORP.,

                        Defendants.
------------------------------------------------x
```

**JACK B. WEINSTEIN**, Senior United States District Judge:

The court is troubled by the ambiguities in evidence as to which products were used in New York, which were used in New Jersey, where they were purchased, and the quantities flushed. In addition to the preliminary discussion already scheduled for March 31, 2015 at 1:00 p.m, *see* ECF No. 98, the parties in the above captioned case shall be prepared to discuss proof of causation, and any other matters they wish to bring to the court's attention.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

March 30, 2015
Brooklyn, New York

