UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
D. Joseph Kurtz, Individually and on  :
Behalf of All Others Similarly Situated,  :
:
                        Plaintiff,  :
:
                vs.  :    No. 1:14-cv-01142-JBW-RML
:
Kimberly-Clark Corporation and  :
Costco Wholesale Corporation,  :
:
                       Defendants.  :
-----------------------------------------------------------------x

## DECLARATION OF DANIEL A. SPIRA
## IN SUPPORT OF KIMBERLY-CLARK CORPORATION'S
## MEMORANDUM OF LAW IN OPPOSITION TO CLASS CERTIFICATION

    I, Daniel A. Spira, declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the following is true and correct:

    1.    I am an attorney duly admitted to practice law in the State of Illinois, and I have been admitted *pro hac vice* as counsel in this litigation. I am an associate at the law firm of Sidley Austin LLP, attorneys for Defendant Kimberly-Clark Corporation. I have personal knowledge regarding the matters stated in this Declaration. If called to testify, I could and would testify consistently with the statements in this Declaration.

    2.    A true and correct copy of a document produced by the City of Kirkland, Washington pursuant to a subpoena issued by Plaintiff's counsel, re-produced by Plaintiff's counsel to Defendants, and labeled as KIRKLAND006698-701, is attached as Exhibit A.

    3.    A true and correct copy of a document produced by the City of Vancouver, Washington pursuant to a subpoena issued by Plaintiff's counsel, re-produced by Plaintiff's counsel to Defendants, and labeled as COV010079-80, is attached as Exhibit B.

2

    4.      A true and correct copy of a document produced by the City of Kirkland, Washington pursuant to a subpoena issued by Plaintiff's counsel, re-produced by Plaintiff's counsel to Defendants, and labeled as KIRKLAND004536-40, is attached as Exhibit C.

    5.      A true and correct copy of a document produced by the City of Kirkland, Washington pursuant to a subpoena issued by Plaintiff's counsel, re-produced by Plaintiff's counsel to Defendants , and labeled as KIRKLAND005303-08, is attached as Exhibit D.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed in Chicago, Illinois this 27th day of March, 2015.

                                          */s/ Daniel A. Spira*
                                          Daniel A. Spira