# EXHIBIT D

**Project Number:** 1048504 **Brand:** Cottonelle
**Diary Number:** 1987 **Packaging Copy Form:** 2935

## Marketing/Legal

### (1) = Benefit Copy
**Comments**

**Previous Copy**
<REMOVE ALL COPY>

**Final Copy**
<REMOVE ALL COPY>

### (2) = Primary Branding
**Comments**

**Previous Copy**
Kleenex®

**Final Copy**
Kleenex®

### (3) = Secondary Branding
**Comments**

**Previous Copy**
Cottonelle® Fresh Care*

**Final Copy**
Cottonelle® FreshCare*

### (4) = Product Descriptor
**Comments**

**Previous Copy**
FLUSHABLE MOIST WIPES

**Final Copy**
flushable cleansing cloths
débarbouillettes jetables dans les toilettes

### (5) = Variant
**Comments**

**Previous Copy**
<REMOVE ALL COPY>

**Final Copy**
<REMOVE ALL COPY>

### (6) = Package Size
**Comments**

**Previous Copy**

*Final Copy*
This Pack Includes: / Cet emballage comprend :

1  42ct Tub (Boîte de 42)
(42 CLOTHS / DÉBARBOUILLETTES)
+
5  42ct Refills (Recharges de 42)
(210 CLOTHS / DÉBARBOUILLETTES)

= 252 CLOTHS / DÉBARBOUILLETTES
_____

## (7) = Tagline
**Comments**

*Previous Copy*
<REMOVE ALL COPY>

*Final Copy*
<REMOVE ALL COPY>
_____

## (8) = Violator
**Comments**

*Previous Copy*
[icon] with OneTouch* dispensing

[icon] BREAKS UP AFTER FLUSHING

Flushable Moist Wipes

*Final Copy*
< ICON > Value Pack! / Format économique!

< ICON > SEWER AND SEPTIC SAFE*
_____

## (9) = Reason To Believe
**Comments**

*Previous Copy*
<REMOVE ALL COPY>

*Final Copy*
<REMOVE ALL COPY>
_____

## (10) = NQS (Net Qty Statement)
**Comments**

*Previous Copy*
 1 TUB + 4-56ct REFILLS = 224
         (224 WIPES)        TOTAL WIPES

 7.25x5.0 in (18.4x12.7cm)

*Final Copy*
1-42ct Tub (Boîte de 42)
+ 5-42ct Refills (Recharges de 42)
= 252
CLOTHS
DÉBARBOUILLETTES

7.25 X 5.0 IN. (18.4 X 12.7 cm)

CONFIDENTIAL                                                                                                                                KCC-Kurtz0019776

### (11) = Website
**Comments**

**Previous Copy**
www.safeflushdesign.com

**Final Copy**
Cottonelle.com

_____

### (12) = Cross-Sell
**Comments**
NOTE TO SMARTART: Per KC legal, the disclaimer must be placed on same panel in close proximity to the claim.

**Previous Copy**
<REMOVE ALL COPY>

**Final Copy**
Nothing leaves you feeling cleaner and fresher†
Rien d'autre ne vous procure une telle sensation de propreté et de fraîcheur†

† versus leading national brands / † par rapport aux grandes marques nationales

_____

### (13) = Claims
**Comments**

**Previous Copy**
This Pack Includes:

1 TUB +
4-56ct REFILLS =
(224 WIPES)
224
TOTAL WIPES

You can flush COTTONELLE FRESH CARE* wipes with confidence because they break up like toilet paper after flushing. They're safe for sewer and septic systems.

• Great for the entire family
• Alcohol-free
• Contains Aloe & E

For best result, flush only one or two wipes at a time.

Feel cleaner and fresher than with toilet paper alone.

**Final Copy**
COTTONELLE FRESH CARE*
Flushable Cleansing Cloths
break up after flushing. / Les débarbouillettes jetables dans les toilettes COTTONELLE FRESH CARE* se décomposent une fois la chasse tirée.

Alcohol-free / Sans alcool

_____

### (14) = Directions
**Comments**

**Previous Copy**

**Final Copy**
For best results, flush only one or two cloths at a time. / Pour de meilleurs résultats, ne jetez pas plus d'une ou deux débarbouillettes par chasse d'eau.

_____

CONFIDENTIAL
KCC-Kurtz0019777

### (15) = Box Tops for Education
**Comments**

**Previous Copy**
OFFICIAL COUPON
10¢          EXP 16
CFF
BOX TOPS FOR EDUCATION®
EXPIRES 12/31/16

**Final Copy**
OFFICIAL COUPON / BON-RABAIS OFFICIEL
EXP 17
CFF
BOX TOPS FOR EDUCATION®
10¢
EXPIRES 6/1/17 / EXPIRE LE 1/6/17

___

### (16) = Dealer Declaration
**Comments**

**Previous Copy**
[K-C bug] *Kimberly-Clark*
Distributed by Kimberly-Clark Global Sales, LLC, Neenah, WI 54956.

**Final Copy**
< LOGO > Kimberly-Clark
U.S.: Distributed by / Distribué par Kimberly-Clark Global Sales, LLC, Neenah, WI 54956.
CN: Distributed by / Distribué par Kimberly-Clark Inc., Mississauga, ON L5B 3Y5.

___

### (17) = MADE IN Statement
**Comments**

**Previous Copy**
Made in the USA.

**Final Copy**
Made in the USA / Fabriqué aux É.-U.

___

### (18) = Legal Copy for Brand Programs (see line 19)
**Comments**

**Previous Copy**
Box Tops for Education is a registered trademark of General Mills used with permission.

**Final Copy**
Box Tops for Education is a registered trademark of General Mills used under license. / Box Tops for Education est une marque déposée de General Mills utilisée sous licence.

___

### (19) = Brand Programs (BTFE, Disney, ETR, etc.)
**Comments**

**Previous Copy**
<REMOVE ALL COPY>

**Final Copy**
<REMOVE ALL COPY>

___

### (20) = Miscellaneous
**Comments**

*Previous Copy*
<REMOVE ALL COPY>

*Final Copy*
<REMOVE ALL COPY>

---

## Consumer / Patent

### (21) = Consumer Contact Phone
*Comments*

*Previous Copy*
If you have questions or comments, please call toll free 1-800-452-2245, 8 a.m. to 4 p.m. Central Time weekdays.

*Final Copy*
If you have questions or comments, please call toll free 1-800-452-2245, 8 a.m. to 4 p.m. Central Time weekdays. / Si vous avez des questions ou des commentaires, appelez-nous sans frais au 1 800 452-2245, les jours de semaine, de 8 h à 16 h, heure du Centre.

---

### (22) = Contact Address
*Comments*

*Previous Copy*
Kimberly-Clark Corp.
Dept. CFCWC-224
P.O. Box 2020
Neenah, WI 54957-2020

*Final Copy*
Kimberly-Clark Corp.
Dept. CFCWC-252
P.O. Box 2020
Neenah, WI 54957-2020

---

### (23) = Patent Numbers
*Comments*

*Previous Copy*
7,157,389; 7,141,519; 7,101,612; 7,070,854; 6,905,748; 6,766,919; 6,612,462; 6,602,955; 6,592,004; 6,537,663; 6,523,690.

*Final Copy*
<REMOVE ALL COPY>

---

### (24) = Patent Legal Copy
*Comments*

*Previous Copy*
May be made under one or more of the following US patents:

*Final Copy*
May be patented, see www.kimberly-clark.com/patents / Peut être breveté. Visitez www.kimberly-clark.com/patents

---

## Trademark

### (25) = ®/TM/* Trademark Legal Copy
*Comments*

*Previous Copy*
® Registered Trademark and * Trademark of Kimberly-Clark Worldwide, Inc.

*Final Copy*
® Registered Trademark and / Marque déposée et
* Trademark of / marque de commerce de Kimberly-Clark Worldwide, Inc.

___

## (26) = © Copyright Legal Copy
*Comments*

*Previous Copy*
© 2007 KCWW.

*Final Copy*
© 2012 KCWW

___

# Regulatory

## (27) = Ingredient Panel
*Comments*

*Previous Copy*
Ingredients: Water, Sodium Chloride, Sodium Benzoate, Polysorbate 20, Sodium Lauryl Glucose Carboxylate, Lauryl Glucoside, Malic acid, Fragrance, Methylisothiazolinone, Aloe Barbadensis Leaf Juice, Propylene Glycol, Tocopheryl Acetate. (Vitamin E is in the form of Tocopheryl Acetate.)

*Final Copy*
INGREDIENTS / INGRÉDIENTS : WATER/EAU/AQUA, SODIUM CHLORIDE, SODIUM BENZOATE, POLYSORBATE 20, SODIUM LAURYL GLUCOSE CARBOXYLATE, LAURYL GLUCOSIDE, MALIC ACID, FRAGRANCE/PARFUM, METHYLISOTHIAZOLINONE, ALOE BARBADENSIS LEAF JUICE, PROPYLENE GLYCOL, TOCOPHERYL ACETATE, AMODIMETHICONE. (VITAMIN E IS IN THE FORM OF TOCOPHERYL ACETATE / LA VITAMINE E EST PRÉSENTE SOUS FORME D'ACÉTATE DE TOCOPHÉROL.)

___

## (28) = Drug Facts
*Comments*

*Previous Copy*

*Final Copy*
<REMOVE ALL COPY>

___

## (29) = Warning / Caution
*Comments*

*Previous Copy*

*Final Copy*
WARNING: To avoid danger of suffocation, keep this bag away from babies and children. / MISE EN GARDE : Pour éviter tout risque de suffocation, garder ce sac hors de la portée des bébés et des enfants.

___

CONFIDENTIAL

KCC-Kurtz0019780