UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____x

D. JOSEPH KURTZ, Individually and on
Behalf of All Others Similarly Situated,

                   Plaintiff,

-against-

KIMBERLY-CLARK CORPORATION &
COSTCO WHOLESALE CORPORATION,

                   Defendants.
_____x

ANTHONY BELFIORE, Individually and on
Behalf of All Others Similarly Situated,

                   Plaintiff,

-against-

THE PROCTER & GAMBLE COMPANY,

                   Defendant.
_____x

DESMOND R. ARMSTRONG, Individually and on
Behalf of All Others Similarly Situated,

                   Plaintiff,

-against-

COSTCO WHOLESALE CORPORATION &
NICE-PAK PRODUCTS, INC.,

                   Defendants.
_____x

**SCHEDULING ORDER**

**14-CV-1142**

**14-CV-4090**

**15-CV-2909**

```
─────────────────────────────────────x
GLADYS HONIGMAN, Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiff,              15-CV-2910

        -against-

KIMBERLY-CLARK CORPORATION,

                    Defendant.
─────────────────────────────────────x
STEVEN and ELLEN PALMER, Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiffs,             15-CV-2928

        -against-

CVS HEALTH &
NICE-PAK PRODUCTS, INC.,

                    Defendants.
─────────────────────────────────────x
EUGENE and VICTORIA RICHARD, Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiff,              15-CV-4579

        -against-

WAL-MART STORES, INC. & ROCKLINE INDUSTRIES,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**APPEARANCES**

| | |
|---|---|
| **Anthony Belfiore:** | Lester L. Levy |
| | Michele Fried Raphael |
| | Roy Herrera |
| | Sean Michael Zaroogian |

Matthew Insley-Pruitt

Robert Scott Plosky

Wolf Popper LLP

845 Third Avenue

12th Floor

New York, NY 10022

D. Joseph Kurtz:

Samuel H. Rudman
Mark S. Reich
Robbins Geller Rudman & Dowd LLP
58 South Service Road
Suite 200
Melville, NY 11747

Mark J. Dearman
Stuart A. Davidson
Robbins Geller Rudman & Dowd LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432

Desmond R. Armstrong:

Mark S. Reich
Robbins Geller Rudman & Dowd, LLP
58 South Service Road
Suite 200
Melville, NY 11747

Gladys Honigman:

Mark S. Reich
Robbins Geller Rudman & Dowd, LLP
58 South Service Road
Suite 200
Melville, NY 11747

Steven and Ellen Palmer:

Samuel H. Rudman
Mark S. Reich
Robbins Geller Rudman & Dowd LLP

|  |  |
|---|---|
|  | 58 South Service Road<br>Suite 200<br>Melville, NY 11747 |
| **Eugene and Victoria Richard:** | **Mark S. Reich**<br>Robbins Geller Rudman & Dowd, LLP<br>58 South Service Road<br>Suite 200<br>Melville, NY 11747 |
| **The Procter and Gamble Company:** | **Emily Henn**<br>Covington & Burling LLP<br>333 Twin Dolphin Drive<br>Suite 700<br>Redwood Shores, CA 94065<br><br>**Claire Catalano Dean**<br>Covington & Burling LLP<br>850 Tenth Street NW<br>Washington, DC 20001<br><br>**Cortlin Lannin**<br>**Sonya Winner**<br>Covington & Burling LLP<br>One Front Street<br>San Francisco, CA 94111 |
| **Kimberly-Clark Corporation:** | **Eamon Paul Joyce**<br>Sidley Austin LLP<br>787 Seventh Ave<br>New York, NY 10019<br><br>**Daniel A. Spira**<br>**Kara L. McCall**<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 |
| **Costco Wholesale Corporation:** | **James M. Bergin**<br>**Adam James Hunt**<br>**Kayvan Betteridge Sadeghi** |

Morrison & Foerster
250 West 55th Street
New York, NY 10019

**Eamon Paul Joyce**
Sidley Austin LLP
787 Seventh Ave
New York, NY 10019

**Nice-Pak Products, Inc.:**

**James M. Bergin**
Morrison & Foerster
250 West 55th Street
New York, NY 10019

**CVS Pharmacy, Inc.:**

**James M. Bergin**
Morrison & Foerster
250 West 55th Street
New York, NY 10019

**Wal-Mart Stores, Inc.**

**Caroline Jean Heller**
Greenberg Trauig, LLP
885 Third Avenue
21st Floor
New York, NY 10022

**David Eric Sellinger**
Greenberg Traurig
200 Park Avenue
Florham Park, NJ 07932

**Rockline Industries**

**Sean T. Burns**
Carroll McNulty & Kull LLC
270 Madison Avenue
New York, NY 10016

JACK B. WEINSTEIN, Senior United States District Judge:

Following a conference (*see* Hr'g Tr., Dec. 7, 2016), motions to terminate or transfer the instant cases will be heard. *See, e.g.*, Fed. R. Civ. P. 1 (rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding"); Fed. R. Civ. P. 16(a) ("In any action, the court may order the attorneys . . . to appear . . . for such purposes as: (1) expediting disposition of the action; (2) establishing . . . control so that the case will not be protracted because of lack of management"); Fed. R. Civ. P. 56(a) ("The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact"); 28 U.S.C. § 651 (court annexed alternative dispute resolution); 28 U.S.C. § 1404(a) (change of venue).

The schedule for making and hearing any motion is as follows:

*Kurtz*, *Armstrong*, *Palmer*, and *Honigman* on February 2, 2017 at 11:00 am in Courtroom 10B South.

*Belfiore* on February 3, 2017 at 10:30 am in Courtroom 10B South.

*Richard* on February 3, 2017 at 2:00 pm in Courtroom 10B South.

The briefing schedule agreed upon by the parties is:

Defendants' briefs and supporting papers shall be filed by December 30, 2016. Plaintiffs' briefs shall be filed by January 13, 2017. Defendants' responses shall be filed by January 20, 2017. Prior filed papers and briefs may be relied upon.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: December 12, 2016
Brooklyn, New York