**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 28 2017 ★

BROOKLYN OFFICE

```
&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653116626
Cashier ID: freddie
Transaction Date: 06/28/2017
Payer Name: Morrison and Foerster LLP
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Morrison and Foerster LLP
 Case/Party: D-NYE-1-14-CV-001142-001
 Amount:        $505.00
--------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:  $505.00
--------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

For Defendant "Costco Wholesale
Corporation"
```