UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 16 2019 ★

BROOKLYN OFFICE

| | |
|---|---|
| D. JOSEPH KURTZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>– against –<br><br>KIMBERLY-CLARK CORPORATION & COSTCO WHOLESALE CORPORATION,<br><br>Defendants. | ORDER<br><br>14-CV-1142 |
| ANTHONY BELFIORE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>– against –<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | 14-CV-4090 |

**JACK B. WEINSTEIN**, Senior United States District Judge:

In view of the remand from the Court of Appeals for the Second Circuit, this court has set a three-day hearing for presentation of evidence and argument. The hearing shall be held on July 16, 2019 at 10:30 a.m., July 17, 2019 at 11:15 a.m., and July 18, 2019 at 10:30 a.m. If more time is required, the parties may ask for it.

The Court of Appeals

> note[d it's] specific concern with the Plaintiffs' proof that they can establish the injury and causation elements of their claims at trial with common evidence. . . . On remand, the district court should offer the parties the opportunity to submit additional evidence and should then assess whether the Plaintiffs have 'affirmatively demonstrated [their] compliance' with Rule 23(b)(3)'s predominance requirement. . . . After further review of the record,



> the district court should choose whether to decertify the damages classes or maintain the current certification orders.

Summ. Order 4, No. 17-1856, No. 17-1861 (2nd Cir. May 14, 2019) (internal citation omitted).

SO ORDERED.

*Jack B. Weinstein*
Jack B. Weinstein
Senior United States District Judge

Dated: May 15, 2019
       Brooklyn, New York

2