December 30, 2021

*Via ECF*

Judge Pamela K. Chen
Magistrate Judge Robert M. Levy
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Kurtz v. Kimberly-Clark Corp., et al.,* 1:14-cv-01142-PKC-RML and *Honigman v. Kimberly-Clark Corp.*, 2:15-cv-02910-PKC-RML; Notice of Class Settlement in Principle and Joint Motion to Stay

Dear Judges Chen and Levy:

    We write on behalf of defendant Kimberly-Clark Corp. ("Kimberly-Clark") and plaintiffs Honigman and Kurtz ("Plaintiffs") in the above-captioned actions to inform the Court that Plaintiffs and Kimberly-Clark have reached an agreement in principle to a nationwide class settlement as to Plaintiffs' claims against Kimberly-Clark.

    Plaintiffs and Kimberly-Clark therefore jointly move this Court to stay all case deadlines in the above-captioned actions as they pertain to Kimberly-Clark,[1] except for any forthcoming settlement-related deadlines and proceedings (*e.g.,* motions for preliminary and final approval), which are contingent upon the parties executing a formal settlement agreement. The parties intend to work expeditiously to execute the settlement agreement and move for preliminary approval.

                                                                                Respectfully submitted,

                                                                                */s/ Eamon P. Joyce*
                                                                                Eamon P. Joyce
                                                                                *Counsel for Kimberly-Clark Corp.*

                                                                                */s/ Vincent M. Serra*
                                                                                Vincent M. Serra
                                                                                *Counsel for Plaintiffs Kurtz and Honigman*

cc: Counsel of Record via ECF

---

[1] The operative discovery and dispositive motions deadlines are docketed at *Kurtz* Dkt. No. 420-1.

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.