UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| D. JOSEPH KURTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLY-CLARK CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:14-cv-01142-PKC-RML<br><br>CLASS ACTION |
| GLADYS HONIGMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLY-CLARK CORPORATION,<br><br>Defendant. | Civil Action No. 2:15-cv-02910-PKC-RML<br><br>CLASS ACTION |

**DECLARATION OF VINCENT M. SERRA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, VINCENT M. SERRA, declare as follows:

1. I am a partner of the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller") and am admitted to practice before this Court. I respectfully submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

2. True and correct copies of the following documents are annexed hereto:

Exhibit 1: Settlement Agreement and General Release with Exhibits

Exhibit 2: Declaration of Jeanne C. Finegan, APR Concerning Proposed Settlement Class Member Notification, dated April 1, 2022

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 5, 2022  ROBBINS GELLER RUDMAN
    & DOWD LLP
VINCENT M. SERRA

*/s/ Vincent M. Serra*
VINCENT M. SERRA

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
vserra@rgrdlaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Vincent M. Serra, hereby certify that on April 5, 2022, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

                                                */s/ Vincent M. Serra*
                                                VINCENT M. SERRA