Vincent M. Serra
vserra@rgrdlaw.com

June 10, 2022

<u>VIA ECF</u>

Judge Pamela K. Chen & Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *Kurtz v. Kimberly-Clark Corp., et al.*, No. 1:14-cv-01142-PKC-RML
    <u>Joint Motion to Extend Fact Discovery Deadline & Expert Report Deadlines</u>

Dear Judge Chen and Judge Levy:

  We write to you on behalf of Plaintiff Dr. D. Joseph Kurtz ("Plaintiff") and Defendant Costco Wholesale Corporation ("Costco") (together, the "Parties") to jointly request that the Court extend certain deadlines in the above-captioned case as detailed below.

  As the Court is aware, the Parties have been negotiating in good faith to resolve this matter with the assistance of a neutral mediator, Michael N. Ungar. While the Parties are continuing to negotiate a resolution through the mediator, the discussions have progressed somewhat slower than originally envisioned, due to certain unforeseen obstacles. To allow the Parties to continue to focus their efforts on resolving this case through mediation, including negotiating certain settlement terms and parameters, we believe that the interests of judicial economy and efficiency are best served by extensions of time for fact discovery and expert reports, along with a short extension of time for dispositive motions.

  Accordingly, the Parties propose the following modification to the current schedule (ECF No. 424-1) as modified by the Court in its April 18, 2022 Order:

|  | **Current Schedule** | **Proposed Schedule** |
|---|---|---|
| Fact Discovery deadline (including depositions) | June 15, 2022 | July 20, 2022 |
| Telephonic Conference | June 27, 2022 | August 1, 2022 |
| Plaintiff's expert report(s) due | June 29, 2022 | August 3, 2022 |
| Defendant's expert report(s) due | August 15, 2022 | September 19, 2022 |
| Dispositive motion deadline | October 14, 2022 | October 28, 2022 |

The Parties state that they previously sought to extend the fact and expert discovery deadlines four other times, and the conference and dispositive motion deadline two other times.

Respectfully submitted,

*/s/ Vincent M. Serra*
Vincent M. Serra
*Counsel for Plaintiff D. Joseph Kurtz*

*/s/ Karl A. Bekeny*
Karl A. Bekeny
*Counsel for Defendant Costco Wholesale Corporation*

cc: All Counsel of Record (via ECF)