

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

+1 212 839 8555
EJOYCE@SIDLEY.COM

AMERICA • ASIA PACIFIC • EUROPE

September 30, 2022

**By ECF**

Hon. Pamela K. Chen
United States District Court for the Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

RE:  *Honigman v. Kimberly-Clark Corporation*, 15-cv-02910-PKC-RML
     *Kurtz v. Kimberly-Clark Corporation, et al*, 14-cv-01142-PKC-RML

Dear Judge Chen:

      This firm represents Kimberly-Clark Corp. as a defendant in the above-referenced actions.  Pursuant to the guidance of Your Honor's chambers, we write on behalf of Kimberly-Clark and for counsel for Plaintiffs to request that the Court's September 9, 2022 Minute Order setting an October 10, 2022 deadline for supplemental briefing be adjusted to reflect the federal and national holidays occurring on that day, such that the briefing deadline is moved back one day to October 11, 2022.

      Respectfully submitted,

/s/ *Eamon P. Joyce*

Eamon P. Joyce