UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. JOSEPH KURTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLY-CLARK CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:14-cv-01142-PKC-RML<br><br>CLASS ACTION |

# PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Representative plaintiff Dr. D. Joseph Kurtz ("Dr. Kurtz" or "Plaintiff"), respectfully moves this Court, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an Order:

1. Granting preliminary approval of the Settlement;

2. Certifying a Rule 23(b)(3) class for settlement purposes;

3. Appointing Plaintiff as Class Representative;

4. Appointing Robbins Geller Rudman & Dowd LLP as Settlement Class Counsel;

5. Approving the Settling Parties' proposed form and method of providing notice of the pendency of the Settlement to the Settlement Class under Rule 23(e)(2); and

6. Scheduling a Settlement Hearing for Final Approval of: (a) the Settlement set forth in the Settlement Agreement and General Release; and (b) Settlement Class Counsel's application for an award of attorneys' fees and expenses incurred in representing the Settlement Class.

In support of this Motion, Plaintiff incorporates by reference its Memorandum, Declaration of Vincent M. Serra and supporting exhibit, which are filed simultaneously herewith.

DATED: April 27, 2023
ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
VINCENT M. SERRA
FRANCIS P. KARAM
WILLIAM A. MASSA

*/s/ Vincent M. Serra*
VINCENT M. SERRA

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
vserra@rgrdlaw.com
fkaram@rgrdlaw.com
wmassa@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
STUART A. DAVIDSON
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com

*Attorneys for Plaintiffs*

- 2 -