UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
D. JOSEPH KURTZ, Individually and on Behalf
of All Others Similarly Situated,                                        JUDGMENT

           Plaintiffs,

  v.                                                                              14-CV-1142 (PKC) (RML)

KIMBERLY-CLARK CORPORATION and
COSTCO WHOLESALE CORPORATION,

           Defendants.
----------------------------------------------------------------X
GLADYS HONIGMAN; and D. JOSEPH KURTZ,
Individually and on Behalf of All Others
Similarly Situated,                                                      15-CV-2910 (PKC) (RML)

           Plaintiffs,

  v.

KIMBERLY-CLARK CORPORATION,

           Defendant.
----------------------------------------------------------------X

An Amended Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on January 17, 2024, affirming the Court's prior decision finally approving the Settlement Agreement and certifying the Settlement Class; approving and awarding: (1) attorneys' fees in the amount of $3,169,335.02, (2) litigation expenses and charges in the amount of $138,331.23, and (3) class representative incentive awards of $10,000 and $5,000 to Kurtz and Honigman, respectively; and an Order having been filed on March 15, 2024, entering the following: (1) partial final judgment in *Kurtz v. Kimberly-Clark Corp., et al.*, 14-cv-1142 (PKC) (RML) as to Defendant Kimberly-Clark Corporation, because the Court finds that there is no just reason for delay in entering final judgment solely as to Kimberly-Clark Corporation pursuant to Rule 54(b) of the Federal Rules of Civil Procedure; and (2) final judgment in *Honigman v. Kimberly-Clark Corp.,* 15-cv-2910 (PKC) (RML); it is

ORDERED and ADJUDGED that the Settlement Agreement is approved; that the Settlement Class is certified; that plaintiff is awarded (1) attorneys' fees in the amount of $3,169,335.02, (2) litigation expenses and charges in the amount of $138,331.23, and (3) class representative incentive awards of $10,000 and $5,000 to Kurtz and Honigman, respectively; that partial final judgment is hereby entered in *Kurtz v. Kimberly-Clark Corp., et al.*, 14-cv-1142 (PKC) (RML) as to Defendant Kimberly-Clark Corporation; and that final judgment is hereby entered in *Honigman v. Kimberly-Clark Corp.,* 15-cv-2910 (PKC) (RML).

| | |
|---|---|
| Dated: Brooklyn, New York<br>March 15, 2024 | Brenna B. Mahoney<br>Clerk of Court |
| | By:   */s/Jalitza Poveda*<br>        Deputy Clerk |