UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. JOSEPH KURTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>KIMBERLY-CLARK CORPORATION, et al.,<br><br>                  Defendants. | Civil Action No. 1:14-cv-01142-PKC-RML<br><br><u>CLASS ACTION</u> |
| GLADYS HONIGMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>KIMBERLY-CLARK CORPORATION,<br><br>                  Defendant. | Civil Action No. 2:15-cv-02910-PKC-RML<br><br><u>CLASS ACTION</u> |

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that objecting class member Theodore H. Frank hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on March 15, 2024, as docket number 478, and all opinions and orders that merge therein, including the Amended Memorandum & Order (docket number 474) and other orders subject to his original Notice of Appeal, which was filed as docket number 476 and has been docketed as case no. 24-425 by the U.S. Court of Appeals for the Second Circuit. An identical Judgment was also filed in *Honigman v. Kimberly-Clark Corporation*, case number 2:15-cv-02910, as docket number 1386; an identical Amended Memorandum & Order was also filed in *Honigman* as docket number 1382.

Dated: March 20, 2024

/s/ *Anna St. John*
Anna St. John
HAMILTON LINCOLN LAW INSTITUTE
  CENTER FOR CLASS ACTION FAIRNESS
1629 K St. NW, Suite 300
Washington, DC 20006
Phone: (917) 327-2392
Email: anna.stjohn@hlli.org
*Attorney for Objector Theodore H. Frank*

**Certificate of Service**

The undersigned certifies she electronically filed the foregoing via the CM/ECF system for the Eastern District of New York, thus sending a copy to the Clerk of the Court and also effecting service on all attorneys registered for electronic filing.

Dated: March 20, 2024

/s/ *Anna St. John*
Anna St. John
