**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Vincent M. Serra
vserra@rgrdlaw.com

October 25, 2024

<u>VIA ECF</u>

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

     Re:    *Kurtz v. Kimberly-Clark Corp., et al.*,
           <u>No. 1:14-cv-01142-PKC-RML (E.D.N.Y.)</u>

Dear Judge Chen:

We write on behalf of plaintiff Dr. D. Joseph Kurtz regarding the settlement with defendant Costco Wholesale Corporation ("Costco") and in response to Your Honor's October 16, 2024 Order requesting an update on claims following the household de-duplication process recently completed by the claims administrator, Gilardi & Co. LLC ("Gilardi").  The total count of eligible payments consists of 82,232 Costco members with 275,398 units purchased.  Declaration of Derek Smith Regarding Claim Review, submitted herewith as Exhibit 1, ¶3.  This includes 81,792 current Costco members with 265,677 units purchased and 440 former Costco members with 9,721 units purchased. *Id*.  The total payment amount associated with these claims is $709,955.60. *Id*.  Further, Gilardi has revised its estimate of the total administration costs for the settlement to be approximately $400,000. *Id*. ¶4.

                    Respectfully submitted,

                    */s/ Vincent M. Serra*

                    Vincent M. Serra

Attachment

cc:    All Counsel of Record (via ECF)