# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x

D. JOSEPH KURTZ, Individually and on
Behalf of All Others Similarly Situated,

                         Plaintiff,

     vs.

KIMBERLY-CLARK CORPORATION, et al.,

                   Defendants.

———————————————————————— x

: Civil Action No. 1:14-cv-01142-PKC-RML

: CLASS ACTION

**DECLARATION OF DEREK SMITH REGARDING CLAIM REVIEW**

I, Derek Smith, declare as follows:

1.     I am employed as a Director by Gilardi & Co. LLC ("Gilardi"), located at 1 McInnis Parkway, Suite 250, San Rafael, California 94903. Gilardi was appointed as the Settlement Administrator in this matter and is not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.     This declaration supplements my previous declarations to provide an update to the parties and the Court on the de-duplication process.

3.     Gilardi has completed the de-duplication process, which included combining household claims based on single household address eligibility and capping purchased units at 43. Gilardi has calculated the Settlement Class Member payments based on the count of 81,792 de-duplicated and combined current Costco card members with a total of 265,677 units purchased (with 43 units as the maximum counted per household) and the de-duplicated and combined 440 claims from previous Costco card members with a total of 9,721 units purchased. The total count of eligible payments is 82,232 Costco card members with 275,398 units purchased. The minimum

DECLARATION OF DEREK SMITH REGARDING CLAIM REVIEW

payment would be $7.50, and the maximum payment would be $55.90. Of the current Costco members, 331 claimants would receive the maximum payment amount. Of the previous Costco members, 87 claimants would receive the maximum payment amount. The total payment amount would be $709,955.60, with $697,077.20 allocated to current Costco card members and $12,878.40 allocated to previous Costco card members.

4.      Gilardi has revised its estimated costs through completion to be approximately $400,000.


DATED:  ___October 25, 2024__          _____

                                                                DEREK SMITH


DECLARATION OF DEREK SMITH REGARDING CLAIM REVIEW