UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
D. JOSEPH KURTZ, Individually and on Behalf of
All Others Similarly Situated,

                    Plaintiff,

   v.

KIMBERLY-CLARK CORPORATION, et al.,

                    Defendants.
----------------------------------------------------------------X

JUDGMENT

14-CV-1142 (PKC) (RML)

      A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on December 3, 2024, approving the Settlement; certifying the Settlement Class; awarding: (1) attorneys' fees in the amount of $2,849,015.75, (2) reimbursement of litigation expenses in the amount of $150,984.25, and (3) an incentive award to Plaintiff of $10,000; it is

      ORDERED and ADJUDGED that the Settlement is approved; that the Settlement Class is certified; and that the Court approves and awards: (1) attorneys' fees in the amount of $2,849,015.75, (2) reimbursement of litigation expenses in the amount of $150,984.25, and (3) an incentive award to Plaintiff of $10,000.

Dated: Brooklyn, New York
       December 5, 2024

Brenna B. Mahoney
Clerk of Court

By:   */s/Jalitza Poveda*
      Deputy Clerk