UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| D. JOSEPH KURTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>KIMBERLY-CLARK CORPORATION, et al.,<br><br>                  Defendants. | Civil Action No. 1:14-cv-01142-PKC-RML<br><br><u>CLASS ACTION</u> |
| GLADYS HONIGMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>KIMBERLY-CLARK CORPORATION,<br><br>                  Defendant. | Civil Action No. 2:15-cv-02910-PKC-RML<br><br><u>CLASS ACTION</u> |

**PLAINTIFFS' RENEWED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT WITH KIMBERLY-CLARK**

PLEASE TAKE NOTICE that plaintiffs, Dr. D. Joseph Kurtz and Gladys Honigman ("Plaintiffs"), on their own behalf and on behalf of all other Settlement Class Members, through Class Counsel Robbins Geller Rudman & Dowd LLP, pursuant to the Court's July 23, 2025 Order, hereby renew their Motion for Final Approval of Class Action Settlement, Class Counsel's Application for an award of Attorneys' Fees and Expenses and Class Representative Payments (*Kurtz* ECF No. 442, the "Motion"), and request that the Court enter a final order and judgment reaffirming: (1) approval of the proposed Settlement as fair, reasonable, and adequate; (2) its findings in the Approval Orders that remain unaffected by the Appellate Order; and (3) the Court's approval of awards of attorneys' fees, litigations expenses and charges, and class representative incentive awards as detailed in the Amended Approval Order.

PLEASE TAKE FURTHER NOTICE that in support of this Renewed Motion, Plaintiffs submit herewith Plaintiffs' Memorandum of Law in Support of the Renewed Motion for Final Approval of Class Action Settlement with Kimberly-Clark and incorporate by reference the Motion and Plaintiffs' initial, reply, and supplemental memoranda, and accompanying documents, submitted in support thereof. *See* ECF Nos. 443-45, 449-50, 456-57.

DATED:  August 22, 2025             ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                    SAMUEL H. RUDMAN
                                    VINCENT M. SERRA
                                    FRANCIS P. KARAM


                                    */s/ Vincent M. Serra*
                                    VINCENT M. SERRA

        58 South Service Road, Suite 200
        Melville, NY 11747
        Telephone: 631/367-7100
        631/367-1173 (fax)
        srudman@rgrdlaw.com
        vserra@rgrdlaw.com
        fkaram@rgrdlaw.com

        ROBBINS GELLER RUDMAN
          & DOWD LLP
        STUART A. DAVIDSON
        MARK DEARMAN
        120 East Palmetto Park Road, Suite 500
        Boca Raton, FL 33432
        Telephone: 561/750-3000
        561/750-3364 (fax)
        sdavidson@rgrdlaw.com
        mdearman@rgrdlaw.com

        *Attorneys for Plaintiffs*