

*** Filed ***
10:55 PM, 21 Sep, 2025
U.S.D.C., Eastern District of New York

john doe <defectivesettlement@gmail.com>

---

**Flushable wipes problem**
2 messages

---

**john doe** <defectivesettlement@gmail.com>  Thu, Jun 9, 2022 at 11:08 PM
To: srudman@rgrdlaw.com, vserra@rgrdlaw.com, fkaram@rgrdlaw.com, sdelaney@rgrdlaw.com, Stuart Davidson <sdavidson@rgrdlaw.com>, mdearman@rgrdlaw.com

Counsel:

I write to request a solution to make sure that a class member like myself is not so burdened from filing a valid claim despite having UPC as proof of purchase.

I am sitting with a package of Kimberly-Clark branded flushable wipes within class definition, in my bathroom, but I have no receipt. I'm happy to submit a declaration under penalty for perjury that I purchased it during the class period.

But I'm very concerned that the claim form requires a receipt for a low-value item despite me having unopened K-C wipes in my bathroom floor right now. And I'm sure it is unsurprisingly nonsensical to mail the UPC label for the cost of forever stamp, so as to claim $1.10 instead of claiming $0.70 without submitting proof of claim.

I kindly request to have a reasonable ability to file a claim with proof.

Thanks,
Shiyang Huang

---

**Vince Serra** <vserra@rgrdlaw.com>  Mon, Jun 13, 2022 at 9:49 PM
To: "defectivesettlement@gmail.com" <defectivesettlement@gmail.com>
Cc: Frank Karam <FKaram@rgrdlaw.com>, William Massa <WMassa@rgrdlaw.com>, Sam Rudman <srudman@rgrdlaw.com>

Dear Shiyang Huang,

Thank you for your inquiry regarding the Kimberly-Clark flushable wipes settlement. In order to help verify your claim and better address your concerns, please provide us with the date you made your purchase, the purchase location, purchase price and the number of packs of wipes (and the size of the pack(s)) you purchased.

While we understand your concern about the proof necessary for a settlement involving a relatively low-priced consumer product, the settlement here does not require a receipt for individuals who do not have proof of purchase. It provides eligible class members with the opportunity to receive $.70 per package of wipes with a maximum recovery for 10 packages. It further provides the opportunity to recover even more - $1.10 per package - with proof of purchase. The settlement structure was negotiated between the parties and recognizes that a class member with proof of purchase has a stronger case. Judge Chen considered this very dynamic in approving a similar flushable wipes settlement, *Belfiore v. The Procter & Gamble Company*, No. 14-cv-4090 (E.D.N.Y.), which included a nearly identical proof of purchase requirement to receive a premium. *See* ECF No. 363 at 4-5.

We believe that the settlement reached with Kimberly-Clark is a very good result for the Class, particularly when compared to similar flushable wipes litigation.

Should you have any further questions, please do not hesitate to contact us. We await your response to our inquiries.

Thanks,

Vince

**Vincent M. Serra**



58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

---

**From:** john doe <defectivesettlement@gmail.com>
**Sent:** Friday, June 10, 2022 12:08 AM
**To:** Sam Rudman <srudman@rgrdlaw.com>; Vince Serra <vserra@rgrdlaw.com>; Frank Karam <FKaram@rgrdlaw.com>; Sarah Delaney <SDelaney@rgrdlaw.com>; Stuart Davidson <sdavidson@rgrdlaw.com>; Mark Dearman <MDearman@rgrdlaw.com>
**Subject:** Flushable wipes problem

EXTERNAL SENDER

[Quoted text hidden]

NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.