UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
D. JOSEPH KURTZ, Individually
and on Behalf of All Others
Similarly Situated,                                                           JUDGMENT

                                    Plaintiffs,

            v.                                                                        14-CV-1142 (PKC) (RML)

KIMBERLY-CLARK CORPORATION
and COSTCO WHOLESALE
CORPORATION,

                                    Defendants.
---------------------------------------------------------------X
GLADYS HONIGMAN; and
D. JOSEPH KURTZ, Individually
and on Behalf of All Others
Similarly Situated,                                                           15-CV-2910 (PKC) (RML)

                                    Plaintiffs,

            v.

KIMBERLY-CLARK CORPORATION,

                                    Defendant.
---------------------------------------------------------------X

A Memorandum and Order of the Honorable Pamela K. Chen, United States District

Judge, having been filed on February 12, 2026, affirming its prior decision finally approving the

Settlement Agreement and certifying the Settlement Class; approving and awarding: (1)

attorneys' fees in the amount of $3,169,335.02, (2) litigation expenses and charges in the amount

of $138,331.23, and (3) class representative incentive awards of $10,000 and $5,000 to Kurtz and

Honigman, respectively; it is

            ORDERED and ADJUDGED that the Settlement Agreement is approved; that the

Settlement Class is certified; that plaintiff is awarded (1) attorneys' fees in the amount of

$3,169,335.02, (2) litigation expenses and charges in the amount of $138,331.23, and (3) class representative incentive awards of $10,000 and $5,000 to Kurtz and Honigman, respectively.

Dated: Brooklyn, New York
March 19, 2026

Brenna B. Mahoney
Clerk of Court

By:    */s/Jalitza Poveda*
Deputy Clerk